UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA



**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 12-1152 SVW | Date | December 15, 2016 |
|---|---|---|---|

| Title | United States v. Rendon |
|---|---|

Present: The Honorable    Michael R. Wilner

| Veronica Piper | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Government: | Attorneys Present for Defendant: |
|---|---|
| None present | None present |

**Proceedings:**    ORDER RE: DETENTION HEARING

    Defendant was arrested on a pretrial release revocation petition and warrant. However, he previously was ordered to surrender to the Bureau of Prisons to begin serving the custodial sentence entered in his underlying criminal case. Therefore, Defendant is not entitled to a detention hearing following his arrest. Instead, the Marshals Service is directed to transfer Defendant to the custody of the BOP for commencement of the criminal sentence that the district judge imposed.

    Defendant's bond in the district court criminal action is exonerated.